| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| KATHY A. DOCKERY<br>CHAPTER 13 TRUSTEE<br>801 S. FIGUEROA ST., SUITE 1850<br>LOS ANGELES, CA 90017<br>PHONE: (213) 996-4400<br>FAX: (213) 996-4426<br><br>Chapter 13 Trustee | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>CHRISTOPHER D. CAMPOS<br>RINA MARIE CAMPOS<br><br><br>Debtor(s). | CASE NO.: LA18-20548-SK<br>CHAPTER: 13<br><br>**TRUSTEE'S COMMENTS OR OBJECTION**<br><br>[No Hearing Required] |
|---|---|

**TRUSTEE'S COMMENTS ON OR OBJECTION TO:**

☒ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO INCUR DEBT**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**
☐ **OTHER:** _____
_____

The undersigned Chapter 13 trustee, having reviewed Debtor's motion filed on ___4/14/20___ as docket entry number ___58___, recommends:

☐ APPROVAL

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 1        F 3015-1.13.TRUSTEE.COMMENT.GENRL

☑ APPROVAL on the following conditions:

☑ See attached sheet.

☐ DISAPPROVAL for the following reasons:

☐ See attached sheet.
☐ Set for hearing.

Date: 5/6/2020

_____
Chapter 13 trustee

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 2        F 3015-1.13.TRUSTEE.COMMENT.GENRL

# TRUSTEE COMMENTS ON OR OBJECTIONS TO

Modify Plan or Suspend Plan Payments (Ch 13) (motion)

Court Document Number: **58**
Filed Date: **4/14/20**

**Christopher D. Campos**     LA18-20548-SK

**Rina Marie Campos**     **ATTORNEY: LAW OFFICE OF KEITH F. ROUSE**

## Attorney Fees

1. The Debtor(s') counsel (if applicable) shall deposit any fees paid directly by the Debtor(s) for services related to the preparation of the instant related Motion into their client trust account until a fee application is approved by the Bankruptcy Court.

## Suspension and Modification of Plan Payments

2. The Trustee recommends DECREASING the November, 2019 plan payment from $300.00 to $200.00 and SUSPENSION of the December, 2019 THROUGH April, 2020 plan payments to cure the current delinquency.

3. The Trustee recommends INCREASING the May, 2020 THROUGH September, 2023 plan payments from $300.00 to $343.00 to maintain plan feasibility.

## Percentage to Unsecured Creditors

4. The Trustee recommends that the minimum percentage to be paid to class five creditors remain at 5.10%, or to whatever higher percentage results from the funds generated by this modification. The percentage paid to class five creditors will not exceed 100%.

## Miscellaneous

5. The Debtor(s) are requested to provide a full and complete copy of their 2019 federal income tax returns to the Chapter 13 Trustee for review. 11 U.S.C. § 1325(a)

# RECOMMENDED MODIFIED PAYMENT SCHEDULE

| PAYMENT # | DATE | AMOUNT | PAYMENT # | DATE | AMOUNT | PAYMENT # | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | 10/11/18 | $300.00 | 21 | 6/11/20 | $343.00 | 41 | 2/11/22 | $343.00 |
| 2 | 11/11/18 | $300.00 | 22 | 7/11/20 | $343.00 | 42 | 3/11/22 | $343.00 |
| 3 | 12/11/18 | $300.00 | 23 | 8/11/20 | $343.00 | 43 | 4/11/22 | $343.00 |
| 4 | 1/11/19 | $306.00 | 24 | 9/11/20 | $343.00 | 44 | 5/11/22 | $343.00 |
| 5 | 2/11/19 | $300.00 | 25 | 10/11/20 | $343.00 | 45 | 6/11/22 | $343.00 |
| 6 | 3/11/19 | $300.00 | 26 | 11/11/20 | $343.00 | 46 | 7/11/22 | $343.00 |
| 7 | 4/11/19 | $300.00 | 27 | 12/11/20 | $343.00 | 47 | 8/11/22 | $343.00 |
| 8 | 5/11/19 | $300.00 | 28 | 1/11/21 | $343.00 | 48 | 9/11/22 | $343.00 |
| 9 | 6/11/19 | $300.00 | 29 | 2/11/21 | $343.00 | 49 | 10/11/22 | $343.00 |
| 10 | 7/11/19 | $300.00 | 30 | 3/11/21 | $343.00 | 50 | 11/11/22 | $343.00 |
| 11 | 8/11/19 | $300.00 | 31 | 4/11/21 | $343.00 | 51 | 12/11/22 | $343.00 |
| 12 | 9/11/19 | $300.00 | 32 | 5/11/21 | $343.00 | 52 | 1/11/23 | $343.00 |
| 13 | 10/11/19 | $300.00 | 33 | 6/11/21 | $343.00 | 53 | 2/11/23 | $343.00 |
| 14 | 11/11/19 | $200.00 | 34 | 7/11/21 | $343.00 | 54 | 3/11/23 | $343.00 |
| 15 | 12/11/19 | $0.00 | 35 | 8/11/21 | $343.00 | 55 | 4/11/23 | $343.00 |
| 16 | 1/11/20 | $0.00 | 36 | 9/11/21 | $343.00 | 56 | 5/11/23 | $343.00 |
| 17 | 2/11/20 | $0.00 | 37 | 10/11/21 | $343.00 | 57 | 6/11/23 | $343.00 |
| 18 | 3/11/20 | $0.00 | 38 | 11/11/21 | $343.00 | 58 | 7/11/23 | $343.00 |
| 19 | 4/11/20 | $0.00 | 39 | 12/11/21 | $343.00 | 59 | 8/11/23 | $343.00 |
| 20 | 5/11/20 | $343.00 | 40 | 1/11/22 | $343.00 | 60 | 9/11/23 | $343.00 |

| | |
|---|---|
| In re: **CHRISTOPHER D. CAMPOS**<br>**RINA MARIE CAMPOS** | CHAPTER: 13<br><br>CASE NUMBER: **2:18-bk-20548-SK** |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
801 S. Figueroa Street, Suite 1850
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "TRUSTEE COMMENTS ON OR OBJECTION TO MOTION", will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

[X] Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 5/5/20, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/5/20 | Katherine Bamaca | */s/ Katherine Bamaca* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

| In re: **CHRISTOPHER D. CAMPOS** | CHAPTER: 13 |
| **RINA MARIE CAMPOS** | |
| | CASE NUMBER: **2:18-bk-20548-SK** |

**Service List**

LAW OFFICE OF KEITH F. ROUSE

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                              **F 9013-3.1**