| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>**Keith F. Rouse**<br>**600 South Lake Ave., Suite 507**<br>**Pasadena, CA  91106**<br>**(626) 449-4211; (626) 229-9330**<br>**rouselaw@hotmail.com**<br>California State Bar Number: **170559**<br><br>☐ *Debtor appearing without attorney*<br>☒ *At*torney for: **Debtors**<br>☐ *Chapter 13 trustee* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUL 15 2020**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY may    DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –*LOS ANGELES* DIVISION**

| In re:<br><br>Christopher D. Campos<br>Rina Marie Campos<br><br><br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: **2:18-20548-SK**<br><br>CHAPTER: 13<br><br>**ORDER ON:**<br>☒ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO ENTER INTO LOAN MODIFICATION**<br>☐ **OTHER:**<br><br>☐ No hearing held<br>☐ Hearing held<br>(Trustee's Motion to Dismiss)<br>DATE: July 16, 2020<br>TIME:  10:30 a.m.<br>COURTROOM: 1575<br>PLACE: 225 East Temple Street<br>           Los Angeles, CA  90012 |
|---|---|

Based on Debtor's motion filed on (*date*) 4/14/2020 as docket entry number 58 and the recommendation of the chapter 13 trustee, it is ordered that Debtor's motion is:

☐     Granted          ☐     Denied

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                            Page 1                                            **F 3015-1.14.ORDER.CH13.GENRL**

☒ Granted on the terms set forth in the chapter 13 trustee's comments on or objection to Debtor's motion

☐ Granted on the following conditions:

☐ Set for hearing on (*date*) _____ at (*time*) _____ .

### 

Date: July 15, 2020

*[signature]*
Sandra R. Klein
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                    Page 2                              **F 3015-1.14.ORDER.CH13.GENRL**