**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
801 S. FIGUEROA ST., SUITE 1850
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

**BANKRUPTCY PAYMENT ADDRESS**
**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**P.O. BOX 691**
**MEMPHIS, TN 38101-0691**

## DEBTOR'S STATUS REPORT AND NOTICE OF INTENT TO PAY CLAIMS AS OF MARCH 29, 2022

**Christopher D. Campos        Rina Marie Campos**

### Case Number LA18-20548-SK

Christopher D. Campos
Rina Marie Campos
122 N Encinitas Ave Unit A
Monrovia, CA  91016

### **IMPORTANT** - Bankruptcy Court Requirements

**Income Tax Returns:** The Bankruptcy Court has ordered you to send a copy of your tax returns to the Chapter 13 Trustee.  If you have not already done so, please mail a copy of your tax returns to the Chapter 13 Trustee Office within 10 days of mailing them to the Internal Revenue Service.

**TAX REFUNDS:** You must send your tax refunds to the Chapter 13 Trustee, unless otherwise ordered by the Court  If your tax refund has not been directly sent to the Chapter 13 Trustee, you must endorse the tax refund check payable to the Chapter 13 Trustee.  Put your name and case number on the tax refund check and mail your tax refund to the Chapter 13 Trustee's bankruptcy payment lock box.

### YOUR BANKRUPTCY PAYMENTS AS OF MARCH 29, 2022 ARE $11,798.02

| Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 10/23/18 | $300.00 | 11/30/18 | $150.00 | 12/13/18 | $300.00 | 12/17/18 | $150.00 | 1/23/19 | $6.00 |
| 1/30/19 | $300.00 | 2/27/19 | $300.00 | 3/28/19 | $300.00 | 5/17/19 | $300.00 | 6/19/19 | $300.00 |
| 7/19/19 | $300.00 | 8/23/19 | $300.00 | 11/14/19 | $500.00 | 1/22/20 | $300.00 | 5/1/20 | $300.00 |
| 6/3/20 | $300.00 | 7/1/20 | $100.00 | 8/4/20 | $300.00 | 8/21/20 | $343.00 | 8/25/20 | $158.31 |
| 9/9/20 | $158.31 | 9/22/20 | $158.31 | 10/6/20 | $158.31 | 10/22/20 | $158.31 | 11/3/20 | $158.31 |
| 11/17/20 | $158.31 | 12/4/20 | $158.31 | 12/16/20 | $158.31 | 1/4/21 | $158.31 | 1/12/21 | $158.31 |
| 1/27/21 | $158.31 | 2/9/21 | $158.31 | 2/25/21 | $158.31 | 3/10/21 | $158.31 | 3/23/21 | $158.31 |
| 4/7/21 | $158.31 | 4/20/21 | $158.31 | 5/4/21 | $158.31 | 5/19/21 | $158.31 | 6/2/21 | $158.31 |
| 6/16/21 | $158.31 | 6/29/21 | $158.31 | 7/13/21 | $158.31 | 7/27/21 | $158.31 | 8/11/21 | $158.31 |
| 8/25/21 | $158.31 | 9/8/21 | $158.31 | 9/22/21 | $158.31 | 10/5/21 | $158.31 | 10/20/21 | $158.31 |
| 11/16/21 | $158.31 | 11/24/21 | $158.31 | 12/7/21 | $158.31 | 12/15/21 | $158.31 | 12/30/21 | $158.31 |
| 1/20/22 | $158.31 | 2/8/22 | $158.31 | 2/16/22 | $158.31 | 2/24/22 | $158.31 | 3/10/22 | $158.31 |
| 3/23/22 | $158.31 | | | | | | | | |

### AS OF MARCH 29, 2022, YOUR BANKRUPTCY PAYMENTS ARE DELINQUENT BY $196.98

If you have any questions regarding your Debtor Status Report, please consult your attorney.
Your Attorney is: LAW OFFICE OF KEITH F. ROUSE  626-449-4211.
For Online Access to your Case Information, go to: www.ndc.org

# NOTICE OF INTENT TO PAY CLAIMS

## CLAIMS AND DISBURSEMENT REPORT AS OF MARCH 29, 2022

You are hereby given notice that the Chapter 13 Trustee will immediately begin disbursing payments to your creditors and other parties in interest based on your confirmed chapter 13 plan and the order confirming the chapter 13 plan. **The Trustee will pay those creditors who have filed a proof of claim or those secured and priority creditors who have been provided for in your confirmed plan.**

If you believe that a creditor has filed an inaccurate or duplicate proof of claim or you believe that a creditor should not have filed a proof of claim in your case, you must file an Objection to the Proof of Claim. In order to properly prosecute an Objection to a Proof of Claim, please discuss the matter with your attorney. **If you fail to object to the proof of claim within thirty days of the filing of the proof of claim, the Chapter 13 Trustee will disburse on the claim.**

*Interest, late claims or other variables may affect the total amount paid to creditors.

Undistributed Funds $284.96

### AS OF MARCH 29, 2022, TOTAL DISBURSEMENTS PAID TO CREDITORS ARE $11,513.06

| Claim # | Creditor | Claim Type | Scheduled Debt | Claim Amount | Int. Rate | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|---|
| DREF | Christopher D. Campos | | | | | $0.00 | |
| ATTY | LAW OFFICE OF KEITH F. ROUSE | ATTORNEY FEE | $0.00 | $0.00 | | | |
| | LAW OFFICE OF TYSON TAKEUCHI | PRIOR ATTORNEY'S FEE | $3,910.00 | $3,910.00 | | $3,910.00 | |
| 2 | ONEMAIN FINANCIAL SERVICES, INC. Filed: 03/25/21 | SECURED OMITTED CREDITOR | $0.00 | $0.00 | | | |
| | American Medical Collection Agency | UNSECURED | $100.00 | $0.00 | | | |
| | AWA COLLECTIONS | UNSECURED | $450.00 | $0.00 | | | |
| | California Accts Svc | UNSECURED | $251.00 | $0.00 | | | |
| | CMRE FINANCIAL | UNSECURED | $1,184.00 | $0.00 | | | |
| | CMRE FINANCIAL | UNSECURED | $700.00 | $0.00 | | | |
| | COLLECTION CONSULTANTS | UNSECURED | $480.00 | $0.00 | | | |
| | DON ROBERTO JEWELERS | UNSECURED | $2,616.00 | $0.00 | | | |
| | FIN CR NETWK | UNSECURED | $149.00 | $0.00 | | | |
| | Freeway Towing | UNSECURED | $0.00 | $0.00 | | | |
| | Grant Mercantile Agency | UNSECURED | $248.00 | $0.00 | | | |
| | M Leonard & Associates | UNSECURED | $152.00 | $0.00 | | | |
| | Progressive Management | UNSECURED | $105.00 | $0.00 | | | |
| | Progressive Management | UNSECURED | $3,372.00 | $0.00 | | | |
| | Progressive Management | UNSECURED | $754.00 | $0.00 | | | |
| | Progressive Management | UNSECURED | $550.00 | $0.00 | | | |
| | Progressive Management | UNSECURED | $648.00 | $0.00 | | | |
| | Wakefield and Associates | UNSECURED | $956.00 | $0.00 | | | |
| 1 | ECMC Filed: 09/27/18 | UNSECURED | $4,910.00 | $4,990.24 | | | |
| 2 | ONEMAIN FINANCIAL SERVICES, INC. Filed: 03/25/21 | UNSECURED | $4,133.00 | $4,148.04 | | | |
| 3 | NETCREDIT Filed: 10/10/18 | UNSECURED | $1,461.00 | $1,461.29 | | | |
| 4 | VONS CREDIT UNION Filed: 10/12/18 | UNSECURED | $284.00 | $279.25 | | | |
| 5 | VONS CREDIT UNION Filed: 10/12/18 | UNSECURED | $3,147.00 | $3,147.20 | | | |
| 6 | PRA RECEIVABLES MANAGEMENT LLC Filed: 10/29/18 | UNSECURED | $8,550.82 | $8,550.82 | | | |
| 6 | PRA RECEIVABLES MANAGEMENT LLC Filed: 10/29/18 | SECURED BY VEHICLE CLASS 3 | $9,775.00 | $9,775.00 | 6.00% | $5,143.32 | $1,539.58 |
| TTE | Trustee Fee | | | | | $920.16 | |

If you have any questions regarding your Debtor Status Report, please consult your attorney.
Your Attorney is: LAW OFFICE OF KEITH F. ROUSE  626-449-4211.
For Online Access to your Case Information, go to: www.ndc.org

# DEBTOR CHANGE OF INFORMATION FORM

Please Complete and Sign this Form if the following Information Changed.
**Christopher D. Campos**
**Rina Marie Campos**
**LA18-20548-SK**

| | |
|---|---|
| **Change of Name** | |
| **Change of Address** | |
| **Change of Phone Numbers** | Home / Work / Cell |
| **Change of Employer** New Employer Name / Address / Phone Number | |

The undersigned debtor(s) declares under penalty of perjury under the laws of the State of California that the above information is true and correct.

**Debtor's Signature** _____ Date_____

**Co- Debtor's Signature** _____ Date_____

**FAX THIS FORM TO: (213) 996-4426**
**or EMAIL THIS FORM TO: info@latrustee.com**

If you have any questions regarding your Debtor Status Report, please consult your attorney.
Your Attorney is: LAW OFFICE OF KEITH F. ROUSE  626-449-4211.
For Online Access to your Case Information, go to: www.ndc.org