KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
801 S. FIGUEROA ST., SUITE 1850
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| IN RE:<br><br>CHRISTOPHER D. CAMPOS<br>RINA MARIE CAMPOS<br><br>DEBTOR(S). | CASE NO.: 2:18-bk-20548-SK<br><br>CHAPTER 13<br><br>**TRUSTEE'S NOTICE OF MOTION AND MOTION TO DISMISS CHAPTER 13 CASE DUE TO MATERIAL DEFAULT OF THE PLAN PURSUANT TO §1307(c)(6); DECLARATION OF KATHY A. DOCKERY IN SUPPORT THEREOF**<br><br>DATE: August 24, 2023<br>TIME: 10:30 am<br>PLACE: ROYBAL BUILDING<br>255 EAST TEMPLE STREET<br>Courtroom 1575 15th Floor<br>LOS ANGELES, CA 90012 |
|---|---|

**TO THE HONORABLE SANDRA R. KLEIN, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S) AND ALL OTHER PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that the Chapter 13 Trustee, Kathy A. Dockery, hereby moves for an order dismissing this case pursuant to 11 U.S.C. §1307(c)(6) due to material default by the Debtor(s) with respect to a term of the confirmed plan.  <u>Specifically, the Debtor(s) has failed to turn over all required Income Tax Refunds as required by the Order Confirming the Plan for disbursement to creditors of the estate.</u>

**Pursuant to Local Bankruptcy Rule 9013-1(f)(1), notice is further given that any person opposing this motion shall, not later than fourteen (14) days prior to the above-referenced hearing date, serve upon the Chapter 13 Trustee and file with the clerk's office, a written statement explaining all reasons in opposition thereto.**

This Motion is based on this Notice, the Declaration of Kathy A. Dockery and any further argument and evidence offered at the hearing.

DATED: 6/21/23

_____
KATHY A. DOCKERY, CHAPTER 13 TRUSTEE

## DECLARATION OF KATHY A. DOCKERY

I, Kathy A. Dockery, declare as follows:

1. I am the duly appointed, qualified and standing Chapter 13 Trustee in this case and by virtue thereof, I have personal knowledge of files and records kept by my office in the regular course of business. I have personally reviewed the files and records kept by my office in the within case. The following facts are true and correct and within my own personal knowledge and I could and would testify competently thereto if called to do so.

2. On 3/14/19, this Court confirmed the Debtors' chapter 13 plan.requires the Debtor(s) to turn over all required Income Tax Refunds for the applicable term.

3. <u>The Debtors have failed to turn over the following Income Tax Refund(s)  **2019: $1,785; 2020: $1,829** and is therefore in material breach of the order confirming the plan.</u>  .

I declare, under penalty of perjury, that the foregoing is true and correct.

DATED:6/21/23

_____
KATHY A. DOCKERY,
CHAPTER 13 TRUSTEE